$400.00

Rec # 34948

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF ALABAMA

## SOUTHERN DIVISION

FILED APR 21 '15 AM 9:02 USDCALS

| | |
|---|---|
| Barry J. Eddins<br>Plaintiff<br><br>vs.<br><br>Employees and Elected Officials of the City<br>of Spanish Fort Alabama<br>Defendant | Civil Action No. 15-00215-KD-M |

**COMPLAINT**

In the fall of 2013, Barry J. Eddins applied for an openly advertised employment position with two U.S. Government contractors, Austal and BAE, in Mobile AL. These positions came with a security clearance requirement. On 16 September 2014, an employee of the City of Spanish Fort aided U.S. Government employees, including U.S. Government contracted employees and members of the uniformed services, in exceeding authority granted for adjudication of United States Security Clearances.

1. The authorities for adjudication of a security clearance, according to the U.S. Office of Personnel Management Standard Form 86, are under Executive Orders 10450, 10865, 12333, 12968; sections 3301, 3302, 9101 of title 5, United States Code (U.S.C.); sections 2165 and 2201 of title 42, U.S.C.; chapter 23 of title 50, U.S.C.; and parts 2, 5, 731, 732, and 736 of title 5, Code of Federal Regulations (CFR).

2. Barry J. Eddins, 32542 Whimbret Way; Spanish Fort AL 36527

3. City of Spanish Fort Alabama at its primary offices at 7581 Highway 31; Spanish Fort AL 36527

4. I claim that the U.S. Government has exceeded the authority granted to it under the governing Security Clearance Adjudication Codes and Regulations. I claim that the employees of the City of Spanish Fort, as well as other Gulf Coast citizens, have been accomplices to activities through their desire, or coercion, to cooperate with Federal officials. Possible activities such as fabrication of evidence of events, communications, and activities that the Eddins' family was not involved in by using the Federal resources, personnel, and technological capabilities. Possible contamination of items collected (e.g. phones or computers), witnesses interviewed, informants used, and evidence seized in the security adjudication into other cases. Possible attempts by the U.S. Government to hide their activities since 2012, and before. Possible attempts by the U.S. Government to hide and discredit evidence that would clear the Eddins family.

5. On 16 September 2013, a Spanish Fort Employee did intercept Mr. Eddins' attempt to pick up his daughter, Sarah Eddins, from her volunteer position working for the Spanish Fort Library while it is located in facilities at 7581 Highway 31 in Spanish Fort Alabama. Until then, it was the normal practice of Mr. Eddins to phone his daughter from the parking lot but on this day, the employee did wait by the door of the building at Mr. Eddins expected arrival time and did indicate to him that she would notify Sarah Eddins of Mr. Eddins arrival. This was a highly unusual event which has not occurred again.

6. I am seeking appointment of a Federal court appointed attorney so that the Executive Branch of the U.S. Government will not interfere with my right to attorney-client privilege. Otherwise, I am seeking to obtain sworn testimony from elected officials and employees of the City of Spanish Fort as well as other Gulf Coast citizens to understand the extent and exact nature of aid provided to the U.S. Government. I am seeking to learn the exact nature of the relationship between the two people introduced to me as Christian McConnell and Reagan (or Regan) McConnell to these personnel, activities, events, and the adjudication of the security clearance. The McConnell's names could be aliases or changed to confuse future discussions as the current public property records, which were updated on 19 April 2015, indicate the home as being owned by Christian McDowall. Both the McConnells have resided at 32530 Whimbret Way, Spanish Fort AL since approximately March 2013 which was three months prior to the Eddins moving into the next door at 32542 Whimbret in June 2013.

Barry J. Eddins, pro se, 21 April 2014

32542 Whimbret Way; Spanish Fort AL 36527.